**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2404

WILLIAM J. HEALEY,

Plaintiff - Appellant,

versus

OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT,
PC; NORMAN F. OBLON; MARVIN J. SPIVAK; C.
IRVIN MCCLELLAND; GREGORY J. MAIER; ARTHUR I.
NEWSTADT; MARC R. LABGOLD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-99-1105)

Submitted:  February 10, 2000      Decided:  February 14, 2000

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William J. Healey, Appellant Pro Se.  Paul James Kennedy, LITTLER MENDELSON, Washington, D.C.; Stephen William Robinson, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William J. Healy appeals the district court's order dismissing his civil action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Because the district court properly found that Healy lacks standing to bring this action, we affirm.

AFFIRMED